# United States Bankruptcy Court
## District of Nevada

**Case No. <u>10–18373–lbr</u>**
**Chapter 7**

In re: (Name of Debtor)
    WENDY ANN WESTOVER–PERRY
    7215 W. VERDE WAY
    LAS VEGAS, NV 89149

Social Security No.:
    xxx–xx–2400

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

IT IS ORDERED THAT JOSEPH B. ATKINS is discharged as trustee of the estate of the above named debtor(s).

The Chapter 7 case of the above named debtor(s) is closed.

Dated: 9/2/10

BY THE COURT

*Mary A. Schott*

Mary A. Schott
Clerk of the Bankruptcy Court